# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1789
L.T. Case No. 2021-CF-011992-A

_____

GERALD P. KIMBLE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Gerald P. Kimble, Milton, pro se.

Ashley Moody, Attorney General, and Virginia Chester Haris,
Assistant Attorney General, Tallahassee, for Appellee.

September 17, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).


WALLIS, KILBANE, and PRATT, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---